IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 3:07-cr-150-MHT |
| ) | |
| BENJAMIN SHANE FOSTER ) | |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE CHARLES S. COODY, UNITED STATES MAGISTRATE JUDGE:

    Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an Indictment against Benjamin Shane Foster now in custody of Randolph County Jail, Wedowee, Alabama, and that said cause is set for arraignment at Montgomery, Alabama, in this Honorable Court on August 29, 2007, at 10:30 a.m.

    WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Randolph County Jail, Wedowee, Alabama, commanding them to deliver said prisoner to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama, on August 29, 2007, at 10:30 a.m.

    Respectfully submitted this the 25th of July, 2007.

                                                     LEURA G. CANARY
                                                     UNITED STATES ATTORNEY

                                                     /s/ Matthew W. Shepherd
                                                     MATTHEW W. SHEPHERD
                                                     Assistant United States Attorney
                                                     131 Clayton Street
                                                     Montgomery, Alabama 36104
                                                     334.223.7280
                                                     334.223.7135 fax
                                                     matthew.shepherd@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07-cr-150-MHT |
| | ) | |
| BENJAMIN SHANE FOSTER | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum, filed July 25, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Randolph County Jail, Wedowee, Alabama, commanding it to deliver Benjamin Shane Foster to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on August 29, 2007, at 10:30 am, and to return the prisoner to said official when the court shall have finished with him.

DONE this the _____ day of July, 2007.

_____
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE