IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07-cr-150-MHT |
| | ) | |
| BENJAMIN SHANE FOSTER | ) | |

**O R D E R**

Upon consideration of the motion for writ of habeas corpus ad prosequendum, filed July 25, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Randolph County Jail, Wedowee, Alabama, commanding it to deliver Benjamin Shane Foster to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on August 29, 2007, at 10:30 am, and to return the prisoner to said official when the court shall have finished with him.

Done this 25th day of July, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE