IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NUMBER: 3:07cr150-MHT |
| ) | |
| BENJAMIN SHANE FOSTER ) | |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO: THE WARDEN AND/OR KEEPER OF THE   RANDOLPH COUNTY JAIL
                                AT   WEDOWEE, ALABAMA

and

TO: THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
    OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

We command you, that you have the body of BENJAMIN SHANE FOSTER, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the Courtroom 4B of said Court, in the City of MONTGOMERY, on AUGUST 29, 2007, at 10:30 a.m., to answer charges pending in said Court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT.

DONE this the 26th day of July, 2007.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

By: _____
       Deputy Clerk