IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.  ) | CR. NO.: 3:07-CR-150-MHT |
| ) | |
| BENJAMIN SHANE FOSTER ) | |

**ORDER**

For good cause, it is

**ORDERED** that arraignment of the defendant presently set for August 29, 2007 be and is hereby **RESET** for **August 28, 2007 at 10:30 a.m.**, in courtroom 4B, before the undersigned United States Magistrate Judge, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 8th day of August, 2007.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE