IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07-cr-150-MHT |
| | ) | |
| BENJAMIN SHANE FOSTER | ) | |

**O R D E R**

Upon consideration of the government's motion for release of prisoner filed on November 6, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Benjamin Shane Foster, to Dwight Brown, ATF, and/or Robert Green, Montgomery Police Department, and/or Gwen Spence, ATF, and/or Sybil Hall-McNeil, ATF, on November 7, 2007, through January 7, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Dwight Brown, ATF, and/or Robert Green, Montgomery Police Department, and/or Gwen Spence, ATF, and/or Sybil Hall-McNeil, ATF, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this 6th day of November, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE