IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 3:07-cr-150-MHT |
| ) | |
| BENJAMIN SHANE FOSTER ) | |

**O R D E R**

On this date, the court entered an order releasing custody of the defendant from November 7, 2007 to January 7, 2007.  Clearly, January 7, 2007 date is a scrivener's error.  Accordingly, it is

ORDERED that the court's November 6, 2007, order (doc. # 17) be and is hereby MODIFIED to reflect that the United States Marshals Service is to release custody of the defendant in accordance with that order from November 7, 2007, through January 7, 2008.

Done this 6th day of November, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE