# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Case No.  3:07-CR-150-MHT |
| ) | |
| **BENJAMIN SHANE FOSTER** ) | |

## ORDER

Based upon this court's order setting the trial in the above-styled case for May 12, 2008, and for good cause, it is

**ORDERED** that a final pretrial conference be and is hereby set for **April 9, 2008 at 1:00 p.m. in courtroom 4B**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

That all applicable deadlines contained in the prior arraignment order are adjusted accordingly, provided, however that the deadline for the filing of pretrial, dispositive motions is not extended.

Done this 14th day of March, 2008.

         /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE