IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    )<br>                              )<br>    v.                        )<br>                              )<br>BENJAMIN SHANE FOSTER         )<br>aka Benjamin Shawn Foster    ) | CRIMINAL ACTION NO.<br>   3:07cr150-MHT |

### ORDER

It is ORDERED that the motion to substitute counsel (Doc. No. 24) is granted.

DONE, this the 20th day of March, 2008.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE