IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 3:07-CR-150-MHT |
| | ) | |
| BENJAMIN SHANE FOSTER | ) | |
| | | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:08-CR-48-MEF |
| | ) | |
| BENJAMIN SHANE FOSTER | ) | |

ORDER

Upon consideration of the government's motion to reassign case (doc. # 28) filed

in 3:07-CR-150-MHT and the motion to reassign case (doc. # 6) filed in 2:08-CR-48-

MEF, and with the express permission of the District Judges assigned to these cases, it is

ORDERED that the motions be and are hereby GRANTED and that the above-

styled cases be and are hereby assigned to the Honorable Myron H. Thompson, United

States District Judge, for sentencing and all further proceedings.

Done this 7th day of April, 2008.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE