```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

**UNITED STATES OF AMERICA** )
)
    v. )    **CASE NO. 3:07cr150-MHT**
)
**BENJAMIN FOSTER** )

## O R D E R

Upon consideration of the Motion to Rescind Preliminary Order of Forfeiture (doc. no. 44) heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the motion should be granted. It is, therefore, **CONSIDERED, ORDERED, ADJUDGED AND DECREED** by the Court that said Motion is granted and the Preliminary Order of Forfeiture entered April 8, 2008 (doc. no. 35), is rescinded and declared void *ab initio*.

DONE, this the 8th day of July, 2008.

                                  /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE