```
        IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                  NORTHERN DIVISION
```

**UNITED STATES OF AMERICA** )
)
   v. ) CASE NO. 3:07cr150-MHT
)
**BENJAMIN FOSTER** )

## O R D E R

Upon consideration of the Motion to Strike Forfeiture Allegation (doc. no. 46) heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the forfeiture allegation is hereby stricken.

DONE, this the 14th day of July, 2008.

                                                        /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE