IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:07cr150-MHT |
| **BENJAMIN SHANE FOSTER** | ) | |
| aka Benjamin Shawn Foster | ) | |

### ORDER

It is ORDERED that the motion for leave to file objections (Doc. No. 48) is granted.

Probation is DIRECTED to process the objections as part of the pre-sentence report.

DONE, this the 6th day of August, 2008.

                /s/ Myron H. Thompson
                **UNITED STATES DISTRICT JUDGE**