IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07-cr-150-MHT |
| | ) | |
| BENJAMIN SHANE FOSTER | ) | |

PETITION FOR ORDER DIRECTING THE UNITED STATES
MARSHAL TO RELEASE CUSTODY OF PRISONER

      Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Benjamin Shane Foster, into the custody of Tim Fitzpatrick, ATF, and/or Jennifer Rudden, ATF, and/or Will Panoke, ATF, and/or Les Brown, U.S. Attorney's Office, from August 12, 2008, through November 12, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. We further move the Court to enter an order directing Tim Fitzpatrick, ATF, and/or Jennifer Rudden, ATF, and/or Will Panoke, ATF, and/or Les Brown, U.S. Attorney's Office, to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

      Respectfully submitted this the 11th of August, 2008.

                                                                   LEURA G. CANARY
                                                                   UNITED STATES ATTORNEY

                                                                   /s/ Matthew W. Shepherd
                                                                   MATTHEW W. SHEPHERD
                                                                   Assistant United States Attorney
                                                                   131 Clayton Street
                                                                   Montgomery, Alabama 36104
                                                                   334.223.7280
                                                                   334.223.7135 fax

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 3:07-cr-150-MHT |
| ) | |
| BENJAMIN SHANE FOSTER ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on August 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys on record.

    LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Matthew W. Shepherd
MATTHEW W. SHEPHERD
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
334.223.7280
334.223.7135 fax

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | CR. NO. 3:07-cr-150-MHT |
| ) | |
| BENJAMIN SHANE FOSTER ) | |

O R D E R

Upon consideration of the government's motion for release of prisoner filed on August 11, 2008, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Benjamin Shane Foster, to Tim Fitzpatrick, ATF, and/or Jennifer Rudden, ATF, and/or Will Panoke, ATF, and/or Les Brown, U.S. Attorney's Office, on August 12, 2008, through November 12, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Tim Fitzpatrick, ATF, and/or Jennifer Rudden, ATF, and/or Will Panoke, ATF, and/or Les Brown, U.S. Attorney's Office, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this the _____ day of August, 2008.

_____
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE