IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07-cr-150-MHT |
| | ) | |
| BENJAMIN SHANE FOSTER | ) | |

O R D E R

Upon consideration of the government's motion for release of prisoner filed on August 11, 2008, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Benjamin Shane Foster, to Tim Fitzpatrick, ATF, and/or Jennifer Rudden, ATF, and/or Will Panoke, ATF, and/or Les Brown, U.S. Attorney's Office, on August 12, 2008, through November 12, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Tim Fitzpatrick, ATF, and/or Jennifer Rudden, ATF, and/or Will Panoke, ATF, and/or Les Brown, U.S. Attorney's Office, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this 12th day of August, 2008.

                                        /s/Charles S. Coody
                                      CHARLES S. COODY
                                      UNITED STATES MAGISTRATE JUDGE