IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:07cr150-MHT |
| **BENJAMIN SHANE FOSTER** | ) | |

**ORDER**

It is ORDERED that the government's motion for downward departure for acceptance of responsibility (doc. no. 52) is granted. The departure is already reflected in the offense-level announced by the court at sentencing.

DONE, this the 22nd day of August, 2008.

                                                 /s/ Myron H. Thompson  
                                         **UNITED STATES DISTRICT JUDGE**