IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:07cr150-MHT |
| | ) | (WO) |
| BENJAMIN SHANE FOSTER | ) | |
| | | |
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:08cr48-MHT |
| | ) | (WO) |
| BENJAMIN SHANE FOSTER | ) | |

## ORDER

It is ORDERED that the motions to proceed pro se (Doc. 117 in 3:07cr150-MHT and Doc. 71 in 2:08cr48-MHT) are set for an <u>in-person</u> ex parte hearing on May 10, 2021, at 2:00 p.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.  The government is to arrange for the presence of defendant Benjamin Shane Foster.  Defense counsel Sandi Irwin should also be present.

Government counsel should also be available, albeit just outside the courtroom, should an issue that requires government counsel's input arise.

DONE, this the 6th day of May, 2021.

                                 /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE