IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA )
                         )    CRIMINAL ACTION NO.
        v.               )      3:07cr150-MHT
                         )         (WO)
BENJAMIN SHANE FOSTER    )
                         )
UNITED STATES OF AMERICA )
                         )    CRIMINAL ACTION NO.
        v.               )      2:08cr48-MHT
                         )         (WO)
BENJAMIN SHANE FOSTER    )


ORDER

It is ORDERED that:

(1) Defendant Benjamin Shane Foster's memorandum (Doc. 87 in 2:08cr48 and Doc. 135 in 3:07cr150) will be treated as a brief in support of his argument that he is not guilty of the charges in the revocation petition (Doc. 54 in 2:08cr48-MHT and Doc. 100 in 3:07cr150).

(2) Defendant's argument will be considered by the court at the hearing on the revocation petition (Doc. 54 in 2:08cr48 and Doc. 100 in 3:07cr150) on June 24, 2021.

   (3)  The government is to file a written response to

the memorandum by 5:00 p.m. of June 21, 2021.

   DONE, this the 17th day of June, 2021.

                                    /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE