IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:07cr150-MHT |
| | ) | (WO) |
| BENJAMIN SHANE FOSTER | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:08cr48-MHT |
| | ) | (WO) |
| BENJAMIN SHANE FOSTER | ) | |

**ORDER**

It is ORDERED that defendant Benjamin Shane Foster's motions to dismiss (Doc. 93 in 2:08cr48 and Doc. 143 in 3:07cr150) are denied. However, at the forthcoming hearing on his revocation petition, the court will consider the arguments contained in the motions.

DONE, this the 2nd day of July, 2021.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**